IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⎯⎯ D.C
05 NOV 16 AM 10: 24

THOMAS M. GOULD
CLERK U.S. DISTRICT COURT
MEMPHIS

---

**CURTIS RICHMOND, JR.,**         **JUDGMENT IN A CIVIL CASE**

  **Plaintiff,**

**v.**

**REGINALD JOYNER, et al.,**       **CASE NO: 04-3051 Ml/V**

  **Defendants.**

---

**JUDGMENT**

---

**JUDGMENT BY COURT.** This action having come before the Court for consideration, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Denying Motion for Appointed Counsel, Order of Dismissal, Order Certifying Appeal Not Taken in Good Faith, and Order Assessing Appellate Filing Fee, entered November 16, 2005, this case is DISMISSED.

APPROVED:

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT COURT

Nov. 16, 2005
Date

THOMAS M. GOULD
Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-16-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:04-CV-03051 was distributed by fax, mail, or direct printing on November 16, 2005 to the parties listed.

---

Curtis Richmond
04114411
201 Poplar Ave.
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT